# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JAMES STOKES,**

    **Plaintiff,**

**v.**                                          **Case No. 3:14cv378-MCR-CJK**

**OFFICER JOHN ALEXANDER FOX,**

    **Defendant.**

_____/

## **ORDER**

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated August 24, 2017, ECF No. 35. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 35, is adopted and incorporated by reference in this Order.

2. Defendant's motion for summary judgment, ECF No. 32, is **GRANTED**, and the Clerk is directed to enter judgment for Defendant Fox.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of September, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**